# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 18-17992-MDC

JOHN D RENZI

10824 HARROW ROAD

PHILADELPHIA, PA 19154

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOHN D RENZI

10824 HARROW ROAD

PHILADELPHIA, PA 19154

Counsel for debtor(s), by electronic notice only.

STEPHEN MATTHEW DUNNE
1515 MARKET ST
SUITE 1200
PHILA, PA 19102-

Date: 6/7/2019

                              /S/ William C. Miller
                              _____
                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee