IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| JOHN RENZI | : | |
| DEBTOR | : | CASE NO:   18-17992-MDC |
| _____ | : | |

## NOTICE OF APPLICATION TO APPROVE COUNSEL FEES

To the Debtor, Creditors, and Parties in Interest, NOTICE is given that:

1.   The debtor filed a petition for relief under Chapter 13 on 12/03/2018.

2.   The debtor selected Stephen M. Dunne, Esquire as his counsel. Stephen M. Dunne, Esquire has been practicing Bankruptcy Law for over ten (10) years.

3.   Debtor agreed to pay FOUR THOUSAND DOLLARS ($4,000.00) for his representation in the Chapter 13 case.

4.   Debtor did pay ONE THOUSAND FIVE HUNDRED DOLLARS ($1,500.00) and has a TWO THOUSAND FIVE HUNDRED DOLLAR ($2,500.00) balance.

5.   Stephen M. Dunne, Esquire has filed an Application for Approval of Counsel Fees with itemization of actual time records.

6.   Any creditor or party in interest may file an answer, objection or other responsive pleading or request for a hearing, stating the reasons why a hearing is necessary, with the Clerk, U.S. Bankruptcy Court, Robert C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107, and serve a copy of the pleading on the attorney for the debtor, STEPHEN M. DUNNE, ESQUIRE, whose address appears below, on or before twenty-one days from the date of this notice. A copy of the application may be obtained from the Clerk of the Bankruptcy Court or from STEPHEN M. DUNNE, ESQUIRE, counsel for the applicants, whose address appears below.

7.   In the absence of any answers, objections, or request for a hearing, the Court may upon consideration of the record and/or the pleading enter an Order granting the relief requested.

                                            Respectfully submitted:

                                            DUNNE LAW OFFICES. P.C.

Dated: June 30, 2019                         By: /s/ *Stephen M. Dunne*
                                            STEPHEN M. DUNNE. ESQUIRE
                                            Attorney for Debtor
                                            1515 Market Street, Suite 1200
                                            Philadelphia, PA 19102