# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
|     JOHN RENZI | : | |
| | : | |
|     DEBTOR | : | |
| | : | CASE NO:   18-17992-MDC |
| | : | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED, than on August 15, 2019, a true and correct copy of the debtor's second amended chapter 13 plan was served pursuant to Fed. R. Bankr. P. 3015(d) and Fed. R. Bankr. P. 3012(b) upon all secured and priority creditors, separately classified creditors whose interests are materially affected by the amendments to the plan, all creditors who have filed requests for notice under Fed. R. Bankr. P. 2002, and the Debtor by first-class mail, postage pre-paid by referring to the creditors matrix and the addresses listed on the filed proof of claims on the court's docket. The Chapter 13 Trustee and US Trustee received a copy by electronic service.

                                                      Respectfully submitted:

                                                      DUNNE LAW OFFICES. P.C.

Dated: August 15, 2019                     By: /s/ *Stephen M. Dunne*
                                                      STEPHEN M. DUNNE. ESQUIRE
                                                      Attorney for Debtor
                                                      1515 Market Street, Suite 1200
                                                      Philadelphia, PA 19102
                                                      (215) 551-7109  Phone
                                                      (215) 525-9721 Fax