# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  John D. Renzi
                     Debtor(s)

PENNSYLVANIA HOUSING FINANCE AGENCY,
its successors and/or assigns
                     Movant
   vs.

John D. Renzi
                     Debtor(s)

William C. Miller .
                     Trustee

CHAPTER 13

NO. 18-17992 MDC

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about **May 3, 2019, docket number 26**.

                     Respectfully submitted,

               By: **/s/ Rebecca A. Solarz, Esquire**
                  Rebecca A. Solarz, Esquire
                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA  19106
                  215-627-1322
                  Attorney for Movant/Applicant

August 15, 2019