## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| JOHN RENZI | : | |
| DEBTOR | : | CASE NO:  18-17992-MDC |
| | : | |

## ORDER APPROVING COUNSEL FEE

AND NOW, this 3rd day of October 2019, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$4,000.00** is approved and the balance due counsel in the amount of **$2,500.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:   Stephen M. Dunne, Esq.
      1515 Market Street, Suite 1200
      Philadelphia, PA 19102

      William C. Miller, Esq.
      Chapter 13 Trustee
      PO Box 40119
      Philadelphia, PA 19107

      John Renzi
      10824 Harrow Road
      Philadelphia, PA 19154