IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Johne Renzi | : | |
| **Debtor** | : | |
| | : | CHAPTER 7 |
| PHFA | : | |
| | : | |
| **Movant** | : | Case No. 18-17992-MDC |
| v. | : | Hearing Date: 01-23-2024 at 10:30 AM |
| | : | |
| John Renzi | : | 11 U.S.C. 362 |
| **Respondent** | : | |
| | : | |
| Kenneth E. West, Esq. | : | |
| **Trustee** | : | |
| | : | |

**ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

And now John D. Renzi, by his attorney, Stephen M. Dunne, Esquire answers the request for relief from the automatic stay and avers as follows:

1. Admitted.
2. Admitted.
3. Denied.
4. Admitted.
5. Admitted.
6. Denied.
7. Denied.
8. Denied.
9. Denied.

WHEREFORE, debtor requests that the motion for relief from the automatic stay be denied.

Respectfully submitted,

Stephen M. Dunne, Esquire
/s/ Stephen M. Dunne
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-551-7109 (O)